UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBY S.P.A<br><br>        Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, ANTONELLO DI MEO, MASSIMO PIAZZI AND DOV HILLEL DRAZIN,<br><br>        Defendants. | Case No. 1:21-cv-08031 |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE THAT Edward E. Shapiro hereby appears in the above-captioned action as counsel for defendant Antonello Di Meo, certifies that he is admitted to practice in this court, and further requests that all documents be served upon him at the address indicated below. [1]

Dated: New York, New York
   October 1, 2021

GLENN AGRE BERGMAN & FUENTES LLP

By:   */s/ Edward E. Shapiro*
   Edward E. Shapiro

55 Hudson Yards, 20th Floor
New York, New York 10001
T: 212-358-5600
eshapiro@glennagre.com

*Attorneys for Antonello Di Meo*

To: All counsel of record (via ECF)

---

[1]  Mr. Di Meo does not consent and affirmatively objects to the personal jurisdiction of this Court, and reserves the right to assert any and all defenses, including as to personal jurisdiction. *See Pacnav S.A. v. Effie Bus. Corp.*, 2010 WL 2102714, at *1–2 (S.D.N.Y. May 20, 2010).