**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8180**

WRITER'S EMAIL ADDRESS
**gabrielsoledad@quinnemanuel.com**

October 3, 2021

<u>VIA ELECTRONIC FILING</u>

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *Moby S.p.A. v. Morgan Stanley, et al.*, No. 21-cv-8031 (GHW)

Dear Judge Woods:

We represent Plaintiff Moby S.p.A. ("<u>Moby</u>") in the above-referenced action. On September 28, 2008, Moby moved by proposed order to show cause for a temporary restraining order and preliminary injunction ("<u>Application</u>") (ECF 4). That same day, Your Honor issued an Order to Show to Cause in connection with the Application ("<u>September 28 OSC</u>") (ECF 9).

In an effort to provide the Court – and Defendants Morgan Stanley, Morgan Stanley & Co, LLC, Massimo Piazzi and Dov Hillel Drazin – with as much notice as possible, we write to inform Your Honor that Moby intends to withdraw the Application and therefore will not be filing a reply in further support of the Application.

Tomorrow, in seeking to withdraw the Application properly, we will file a motion to vacate the September 28 Order, or proceed as the Court otherwise directs.

Respectfully submitted,

/s/ Gabriel F. Soledad

Gabriel F. Soledad

cc:   Counsel of Record by ECF Filing

**quinn emanuel urquhart & sullivan, llp**

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH