```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
MOBY S.P.A., :
:
                             Plaintiff, :    1:21-cv-08031-GHW
:
           -against- :    ORDER
:
MORGAN STANLEY, MORGAN STANLEY & CO. :
LLC, ANTONELLO DI MEO, MASSIMO PIAZZI, :
and DOV HILLEL DRAZIN :
:
                         Defendants. :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      On October 7, 2021, the Court held a conference to discuss Defendants' anticipated motion to dismiss and motion for sanctions. Dkt. No. 29. As stated on the record, Defendants are ordered to file any motion to dismiss by no later than October 28, 2021. Plaintiff's opposition is due no later than 21 days after the date of service of the motion to dismiss. Any reply is due no later than 7 days after the date of service of Plaintiff's opposition. For the reasons stated on the record, Defendants' request to stay discovery during the pendency of the motion to dismiss is granted.

      SO ORDERED.

Dated: October 7, 2021  
New York, New York

                                                GREGORY H. WOODS  
                                           United States District Judge