UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBY S.P.A.,<br><br>                     Plaintiff,<br><br>v.<br><br>MORGAN STANLEY, MORGAN STANLEY & CO. LLC, ANTONELLO DI MEO, MASSIMO PIAZZI AND DOV HILLEL DRAZIN,<br><br>                     Defendants. | Case No. 1:21-cv-08031 (GHW) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Moby S.p.A., by and through its undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Antonello Di Meo, Massimo Piazzi and Dov Hillel Drazin.

1

| | |
|---|---|
| Dated:   October 14, 2021 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>　/s/ Juan P. Morillo　<br><br>Gabriel F. Soledad<br>Juan P. Morillo<br>Jeanhee Hong<br>Marc P. Hedrich<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Email:  gabrielsoledad@quinnemanuel.com<br>Email:  juanmorillo@quinnemanuel.com<br>Email:  jeanheehong@quinnemanuel.com<br>Email:  marchedrich@quinnemanuel.com<br><br>*Attorneys for Moby S.p.A.* |