USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
:
MOBY S.P.A., :
:
                                    Plaintiff, :      1:21-cv-08031-GHW
:
         -against- :      ORDER
:
MORGAN STANLEY, MORGAN STANLEY & CO. :
LLC, ANTONELLO DI MEO, MASSIMO PIAZZI, :
and DOV HILLEL DRAZIN :
:
                                  Defendants. :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On October 26, 2021, the Court held a conference to discuss Defendants' anticipated motion for sanctions. Dkt. No. 39. As stated on the record, the deadline for Defendants to file and serve its motion for sanctions is November 12, 2021. Plaintiff's opposition is due within 14 days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

SO ORDERED.

Dated: October 26, 2021
New York, New York

                                                           GREGORY H. WOODS
                                                 United States District Judge