# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1760

WRITER'S EMAIL ADDRESS
MPaskin@cravath.com

October 29, 2021

<u>Moby S.P.A. v. Morgan Stanley et al.</u>, Case No. 1:21-cv-08031 (S.D.N.Y.)

Dear Judge Woods:

We write on behalf of Defendants Morgan Stanley, Morgan Stanley & Co. LLC, Massimo Piazzi, and Dov Hillel Drazin (the "Morgan Stanley Defendants"). The Morgan Stanley Defendants appreciate the Court's thoughtful questions and comments during the October 26, 2021 teleconference regarding their contemplated motion for sanctions. Upon further consideration of the matter, the Morgan Stanley Defendants have decided not to file a motion for sanctions against Plaintiff Moby.

Respectfully,

/s/ Michael Paskin

Michael A. Paskin

Judge Gregory H. Woods
    United States District Court
        Southern District of New York
            Daniel Patrick Moynihan United States Courthouse
                500 Pearl Street, Room 2260
                  New York, NY 10007

**VIA ECF**

Copy to:

All counsel of record.

**VIA ECF**